AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MEGAN MCGRAW

**SUMMONS IN A CIVIL ACTION**

V.

FIELDS CORNERPLATE GLASS, INC., ET AL

CASE NUMBER:

**05 - 10916 RWZ**

TO: (Name and address of Defendant)

Fields Corner Plate Glass, Inc., d/ba Fields Corner Glass, Fields Corner
Auto Glass, and Fields Corner Auto & Plate Glass
1377 Dorchester Avenue
Dorchester, MA 02122

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

5-4-05

DATE

(By) DEPUTY CLERK

⸿AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                    Signature of Server

                          _____
                                    Address of Server

060050 George

---

Suffolk, ss.                                          Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

May 25, 2005

I hereby certify and return that on 5/23/2005 at 12:35PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to R.Tardantico, agent and person in charge at the time of service for Fields Corner Auto & Plate Glass, Inc. dba Fields Corner Glass, Fields Corner Auto Glass & Fields Corner Plate Glass, at Glass and Filed Corner Auto & Plateglass., 1317 Dorchester Avenue, Dorchester, MA 02124. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($2.40), Travel ($5.13), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.53

Deputy Sheriff George Slyva          Deputy Sheriff



(1)