UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10916RWZ

MEGAN McGRAW,
    Plaintiff

v.

FIELDS CORNER PLATE GLASS,
INC. d/b/a FIELDS CORNER GLASS,
FIELDS CORNER AUTO GLASS and
FIELDS CORNER AUTO & PLATE
GLASS and RUSSELL TARDANICO,
    Defendants

## JOINT STATEMENT

NOW COME the parties in the above-entitled matter and submit their Joint Statement pursuant to Rule 16.1 of the Local Rules for the United States District Court for the District of Massachusetts:

### I. DISCOVERY PLAN

A.    PHASE 1:    For developing information required for a realistic assessment of the case:

    1.    The parties will serve initial written discovery requests, including Interrogatories and Request for Production of Documents pursuant to Rule 33 and 34 on or before September 30, 2005;

    2.    The parties will serve their responses to initial written discovery requests on or before November 30, 2005;

    3.    The parties will complete depositions of any fact witnesses by December 31, 2005.

B.    PHASE 2:    For developing information required to prepare for trial, if necessary.

    1.    The parties will disclose their experts to each other no later than January 31, 2006.

    2.    The parties will complete depositions of experts by February 28, 2006.

    3.    The parties will complete all discovery by February 28, 2006.

## II.    PROPOSED MOTION FILING SCHEDULE

A.    The parties will file and serve Rule 56 Motions for Summary Judgment by March 31, 2006;

B.    The parties will file and serve their oppositions to Rule 56 Motions for Summary Judgment by April 30, 2006.

## III.    OUTLINE OF PROPOSED PRE-TRIAL SCHEDULE

A.    The parties agree to a discovery deadline of February 28, 2006.

B.    The parties propose that the Court hold the Final Pre-Trial Conference on or before May 15, 2006;

C.    The parties propose that the Court finally dispose of this matter before June 30, 2006.

## IV.    CONSENT TO TRIAL BY MAGISTRATE JUDGE

The parties have conferred regarding the possibility of trial by Magistrate Judge; however, neither party has made a decision relative to such a trial as yet.

## V.    SETTLEMENT

The plaintiff has made a demand for settlement. Defendant, Russell Tardanico, has made an offer of settlement, which the plaintiff has rejected. The parties agree to

confer relative to the possibility of alternative dispute resolution, and have agreed to hold this issue pending the initial discovery and development of the case. The parties will revisit this issue.

Respectfully submitted,

For the Plaintiff,

_____
Sol J. Cohen
BBO No. 630776
COHEN & SALS
43 Thorndike St.
Cambridge, MA 02141
(617) 621-1151

For Defendant, Russell Tardanico

_____
Martin S. Cosgrove
BBO No. 100920
COSGROVE, EISENBERG & KILEY
803 Hancock St., P.O. Box 189
Quincy, MA 02170
(617) 479-7770

For Defendant, Fields Corner Plate Glass, Inc.

_____
Suzanne B. Matthews
BBO NO. 545284
742 Washington St., P.O. Box 501
Canton, MA 02021
(781) 828-0989

DATED:

F:\Home\Dcarter\misc matters\Tardanico, Russell - 11579\jointstatement.doc