UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN MCGRAW, )<br>)<br>   PLAINTIFF )<br>)<br>V. )<br>)<br>FIELDS CORNER PLATE GLASS )<br>INC., D/B/A FIELDS CORNER GLASS )<br>AND FIELDS CORNER AUTO& PLATE )<br>GLASS, and RUSSEL TARDANICO )<br>)<br>   DEFENDANTS ) | Civil Action No.: 05 10916 RW |

**DEFENDANT FIELDS CORNER PLATE GLASS INC., D/B/A FIELDS CORNER GLASS AND FIELDS CORNER AUTO & PLATE GLASS, and RUSSELL TARDANICO**
**RULE 16.1(D) CERTIFICATION**

Pursuant to Local Rule 16.1(D) of the Rules of Procedure of the United States District Court the undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

          Respectfully submitted,

          FIELDS CORNER PLATE GLASS INC.,
          D/B/A FIELDS CORNER GLASS AND
          FIELDS CORNER AUTO & PLATE
          GLASS,

          By its attorney,

          _____
          Suzanne B Matthews, Esq.
          BBO #545284
          742 Washington Street
          P.O. Box 501
          Canton, MA  02021
Date:         781-828-0989