# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Megan McGraw

V.                                    **SUMMONS IN A CIVIL CASE**

Russell Tardanico, et al

CASE NUMBER:

# 05-10916 RW

TO: (Name and address of Defendant)

Russell Tardanico            and c/o
2001 Marina Drive            Fields Corner Plate Glass
Quincy, MA 02186             1377 Dorchester Avenue
                             Dorchester, MA 02122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK _____TON_____      DATE  5-4-05

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date              *Signature of Server*

              _____
              *Address of Server*



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

June 6, 2005
I hereby certify and return that on 6/6/2005 at 10:45AM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to N.Phillips, agent and person in charge at the
time of service for Russell Tardanico, at , 1377 Dorchester Avenue, Field's
Corner Plate Glass Dorchester, MA 02122. Basic Service Fee (IH) ($30.00),
Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies
($5.00) Total Charges $43.52

Deputy Sheriff Robert Foscaldo                              *Deputy Sheriff*