UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN MCGRAW, )<br>)<br>PLAINTIFF )<br>)<br>V. )<br>)<br>FIELDS CORNER PLATE GLASS )<br>INC., D/B/A FIELDS CORNER GLASS )<br>AND FIELDS CORNER AUTO & PLATE )<br>GLASS, and RUSSELL TARDANICO, )<br>)<br>DEFENDANTS )<br>) | Civil Action No.:  05 10916 RW |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant, Russell Tardanico, in the above-entitled matter.

Respectfully Submitted,

___/s/ Elizabeth A. Canty_____

Elizabeth A. Canty
Cosgrove, Eisenberg & Kiley, P.C.
803 Hancock Street, P.O. Box 189
Quincy, Massachusetts  02170
Tel:  (617) 479-7770
B.B.O. #660691

CERTIFICATE OF SERVICE

I certify that on this date a copy of the within document was served on the attorneys of record via first class mail.

     /s/ Elizabeth A. Canty     

ELIZABETH A. CANTY

DATED: March 20, 2006