UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEGAN MCGRAW
        Plaintiff

V.

CIVIL ACTION:05CV10916-RWZ

FIELDS CORNER GLASS ET AL
        Defendant

### ORDER OF DISMISSAL

ZOBEL, D.J.                                              MAY 30, 2006

     The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                                  By the Court,

                                                                  s/ Lisa A. Urso
                                                                  Deputy Clerk

30day.ord