UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10916RWZ

| | |
|---|---|
| MEGAN McGRAW | ) |
| Plaintiff | ) |
| V. | ) |
| FIELDS CORNER PLATE GLASS INC., d/b/a FIELDS CORNER GLASS, FIELDS CORNER AUTO GLASS, and FIELDS CORNER AUTO & PLATE GLASS, and RUSSELL TARDANICO | ) |
| Defendants | ) |

## PLAINTIFF'S MOTION TO EXTEND ORDER OF DISMISSAL NISI PERIOD

NOW COMES the plaintiff in the above-entitled matter, and respectfully requests that the Court extend the Order for Dismissal Nisi for a period of 14 days. As grounds therefore, the plaintiff states that the terms of the parties' settlement agreement call for the defendants to make a monetary payment to the plaintiff on or before July 10, 2006. Therefore, the p[arties have not been able to consummate their settlement yet, despite that the Court's current Order for dismissal nisi will expire June 30, 2006.

WHEREFORE, the plaintiff request that the Court extend the Order for Dismissal Nisi to July 14, 2006.

By her attorney,

Sol J. Cohen   /s/
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151

## CERTIFICATE OF SERVICE

I, Sol J. Cohen, attorney for the plaintiff, Megan McGraw, hereby certify that on this _____ day of _____, 2006, I served a copy of the above document on the defendants in this action, by mailing the same, postage pre-paid to the defendants' attorneys at the following address:

Martin S. Cosgrove, Esq.
Cosgrove, Eisenberg & Kiley, P.C.
803 Hancock Street, P.O. Box 189
Quincy, MA 02170

Suzanne B. Matthews, Esq.
742 Washington Street, P.O. Box 501
Canton, MA 02021

_____
Sol J. Cohen